

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

**MEMO ENDORSED**

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 14, 2021



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 21 CR 0144

**BY EMAIL**
The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   United States v. Brian Restrepo, 21 Cr. 144 (LAK)

Dear Judge Kaplan:

On June 7, 2021, the Court issued an order permitting the defendant to enter a change of plea remotely by remotely by video teleconference, or by telephone conference if video teleconferencing is not reasonably available. *See* ECF Doc. No. 20. The parties have scheduled a remote plea before the duty Magistrate Judge on June 21, 2021 at 10:00 a.m. On March 15, 2021, the Court excluded Speedy Trial time until today's date. In light of the defendant's anticipated plea, the Government respectfully requests that the Court further exclude Speedy Trial time until June 21, 2021, so that the parties, the defendant's detention facility, and the Magistrate Court may arrange for the defendant's plea. *See* 18 U.S.C. § 3161(h)(7).

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

By: _____
Alexander Li
Daniel Wolf
Assistant United States Attorneys
(212) 637-2265/-2337

cc:   Marc A. Callelo, Esq. (*by ECF*)

*Granted. Time excluded through 6/21/21 for reasons stated.*

/s/ Lewis A. Kaplan
6/14/21